IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC; PEER INTERNATIONAL CORPORATION; CD ELVIS PUBLISHING; SER-CA PUBLISHING, INC.; LUAR MUSIC CORP., d/b/a Luar Music Publishing; SONGS OF UNIVISION, INC.; FONOMUSIC, INC.; d/b/a Fonohits Music Publishing, Inc.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; EMOTIONAL WRENCH; and DOOR NUMBER ONE MUSIC,<br>    Plaintiffs<br><br>VS.<br><br>TEX BORDER MANAGEMENT, INC., d/b/a Far West, and ALFREDO HINOJOSA, Individually<br>    Defendant | CIVIL ACTION NO. 3:10-CV-02524 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, TEX BORDER MANAGEMENT, INC., d/b/a Far West, and ALFREDO HINOJOSA, Individually, Defendants herein, and files this Response to Plaintiff's Motion for Summary Judgment.

    A brief that sets forth the argument and authorities on which Defendants rely in support of this response is filed separately pursuant to Local Rule 56.5. Each of the matters required by Local Rule 56.3(a) are set forth in the brief.

    WHERFORE, PREMISES CONSIDERED, Defendants request the Court to deny Plaintiff's Motion For Summary Judgment, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

  /s/ John L. Gamboa
John L. Gamboa
State Bar No. 07606000
Acuff & Gamboa, LLP
2501 Parkview Drive, Suite 405
Fort Worth, Texas 76102
(817)885-8500
(817)885-8504 Fax
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing documents was served via the Court's ECF Filing System, Facsimile and/or US Mail, first class, postage prepaid, on the 1st day of May, 2012, on the following counsel of record:

Thomas R. (Dan) Cushing - dcushing@bmpllp.com
Roger L. McCleary - rmccleary@bmpllp.com
Sawnie A. McEntire - smcentire@bmpllp.com
Beirne Maynard & Parsons LLP
1700 Pacific Ave, Suite 4400
Dallas Texas 75201
Attorneys for Plaintiffs          /s/ John L. Gamboa